**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID MORALES GARCIA,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,

Respondents.

Case No. 5:26-cv-05781-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

**Within fourteen days,** Respondents shall either provide Petitioner David Morales Garcia (A# 232-636-730) ("Petitioner") with a bond hearing pursuant to the injunction in Rodriguez v. Robbins, 715 F.3d 1127, 1131 (9th Cir. 2013), at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a danger to the community and/or a flight risk that cannot be mitigated by conditions of release including, but not limited to, electronic monitoring, or release Petitioner from custody if such bond hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be

provided beyond the fourteen-day deadline and Respondents shall grant any reasonable request for delay). Respondents shall file a notice of compliance no later than **three days after the bond hearing occurs**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 16, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE